Change of Address

TO: Clerk of U.S. Dist. Ct.                                6-5-18

I'm writing to notify the court of my present and correct address as follows:
DAVID Ayala 230567, P.O. Box 550, Gunnison, UT. 84634

Please Note: I've filed a court motion regarding a Habeus Corpus petition Case # 97-C-2864 adjudicated by Judge Tharp.

It has come to my attention that the court answered my petition and mistakenly sent the ruling to a Illinois prison; please note: I was transferred out of state on 2-13-16 and am no longer under the I.D.O.C inmate prison number.

Please forward any and all court documents and/or rulings to my correct address, (Which was listed on every page of my petition) thank you.

David Ayala 230567
P.O. Box 550
Gunnison, Utah
84634

**FILED**
JUN 18 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Inmate Name DAVID AYALA

Inmate Offender Number 230567
Housing Unit C-2-20 B
Central Utah Correctional Facility
P. O. Box 550
Gunnison, Utah 84634-0550





Office of Clerk, 20th Flr.
U.S. Dist. Court
219 S. Dearborn
Chicago, IL.
60604



06/18/2018-48